```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 12087
    SHEILA SIMPSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5418

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/26/2004 and was confirmed 05/17/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.15% from remaining funds.

    The case was paid in full 03/13/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED            7435.00         3527.16        7435.00
DAIMLER CHRYSLER FINANCI  UNSECURED OTH      2931.42             .00         565.59
AMERICASH LOANS LLC       UNSECURED OTH       297.43             .00          56.66
AT & T WIRELESS           UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED OTH       784.07             .00         149.37
CAPITAL ONE BANK          UNSECURED OTH       990.55             .00         188.70
CAPITAL ONE BANK          UNSECURED OTH       642.33             .00         122.37
CROSS COUNTRY BANK        UNSECURED        NOT FILED             .00             .00
FORSTER & GARBUS          UNSECURED        NOT FILED             .00             .00
ILLINOIS DEPT PUBLIC AID  UNSECURED OTH       904.00             .00         172.22
NCO FINANCIAL SYSTEMS     NOTICE ONLY           .00              .00             .00
INSTANT CASH ADVANCE      UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED OTH       715.82             .00         136.36
PAYDAY LOAN STORE         UNSECURED        NOT FILED             .00             .00
AMERITECH OF ILLINOIS     UNSECURED        NOT FILED             .00             .00
WEST SUBURBAN PROFESSION  UNSECURED        NOT FILED             .00             .00
DEAN D PAOLUCCI           DEBTOR ATTY       1,700.00                        1,700.00
TOM VAUGHN                TRUSTEE                                             841.57
DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               14,895.00

PRIORITY                                              .00
SECURED                                          7,435.00
    INTEREST                                     3,527.16
UNSECURED                                        1,391.27
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                               841.57

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 04 B 12087 SHEILA SIMPSON
```

```
DEBTOR REFUND                                                        .00
                                         ---------------    ---------------
TOTALS                                         14,895.00          14,895.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 06/26/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE